# UNITED STATES DISTRICT COURT
for the District of COLUMBIA

FILED
MAY 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALIPIO M. SIWA
Plaintiff

V.

UNITED STATES OFFICE
OF PERSONNEL MANAGEMENT
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07 0960

I, ALIPIO M. SIWA declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant/respondent ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      9-30-92, $47.00, PRODUCTION GROUP MAINTENANCE DEPARTMENT
      US NAVY PUBLIC WORKS CENTER, SUBIC BAY

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☒ | ☐ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   Philippines- Social Security System, $52.00

RECEIVED
MAY 04 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   N/A

I declare under penalty of perjury that the above information is true and correct.

_4-12-07_
Date

Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach the certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ <br> United States Judge    Date | _Colleen Kollar-Kotelly_  _5/10/07_ <br> United States Judge    Date |

APPENDIX OF FORMS

Form 3. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)

13. Have you ever filed a motion for leave to proceed in forma pauperis in any other case in this court? √ Yes ___ No   If yes, state the name and docket number of that case.
_____SIWA v. OPM, No._____

14. State the address of your legal residence:
#6 - 7th St., West Tapinac
Olongapo City
~~Philippines, 601P~~

Your daytime phone number: (   ) NONE

Your social security number: _____NONE_____

You must sign and date the declaration under penalty of perjury.

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

_____01/18/06_____                    _____[signature]_____
       Date                            Petitioner's/Appellant's signature

**ORDER OF THE COURT**

| The motion to proceed in forma pauperis is DENIED. The docketing fee must be paid within 14 days. | The motion to proceed in forma pauperis is GRANTED. Let the applicant proceed without prepayment of the docketing fee. |

                                       _Jan Horbaly_  MAR - 9 2006
_____  _____                _____  _____
Circuit Judge   Date                   Circuit Judge or Clerk   Date

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 9 2006

JAN HORBALY
CLERK

07 0960
FILED
MAY 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copy furnished:
Atty. DAVID M. COHEN
U.S. Department of Justice
Washington, D.C. 20530

104

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

A combined petition for panel rehearing and for rehearing en banc having been filed by the Petitioner, and the petition for rehearing, having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for panel rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate has already issued.

FOR THE COURT,

Jan Horbaly
Clerk

Dated: 03/23/2007

cc: Alipio M. Siwa
    John S. Groat

SIWA V OPM, 2006-3174
(MSPB - CB1205050024-U-1)

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 3 2007

JAN HORBALY
CLERK