UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALIPIO M. SIWA,** <br><br> #6 - 7th St., West Tapinac <br> Olongapo City <br> Phillipines, 601F <br><br> **Plaintiff** <br><br> v. <br><br> **U.S. OFFICE OF PERSONNEL MANAGEMENT,** <br><br> **THE DIRECTOR** <br> U.S. Office of Personnel Management <br> Washington, D.C. 20415 <br><br> **Defendant** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07–0960 (RCL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel for the Defendant.

Respectfully submitted,

  /s/
WYNEVA JOHNSON, D.C. BAR #278515
Assistant U.S. Attorney
555 Fourth St., N.W., E-4106
Washington, D.C. 20530