UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALIPIO M. SIWA, <br><br> #6 - 7th St., West Tapinac <br> Olongapo City <br> Philippines, 601F <br><br> Plaintiff <br><br> v. <br><br> U.S. OFFICE OF PERSONNEL MANAGEMENT, <br><br> THE DIRECTOR <br> U.S. Office of Personnel Management <br> Washington, D.C. 20415 <br><br> Defendant | Civil Action No. 07-0960 RJL |

### ERRATA TO CERTIFICATE OF SERVICE

Yesterday evening (July 30, 2007) undersigned counsel (Wyneva Johnson) primarily responsible for the defense of this case filed defendant's motion to dismiss or, in the alternative, for summary judgment. In the certificate of service attached to that motion, undersigned counsel certified that she had mailed a copy of the motion by first-class mail, postage prepaid, to plaintiff. This service was effected by placing the envelope in the mail box maintained by the Civil Division for after-hours postal service, i.e., the mail in the box is picked up after hours, franked, and mailed that night from the main Department of Justice mail room. This morning undersigned counsel was informed that mail, including plaintiff's copy of the motion in this case, remained in the box. Upon inquiry, undersigned counsel has learned that the employee from

Main Justice who was supposed to pick up the mail at 10:15 p.m. failed to do so. Further inquiries are being made as to the reason for this failure.

The purpose of this errata is to advise plaintiff and the Court of this error and to certify that undersigned counsel actually mailed today (July 31) to plaintiff his copy of the motion o dismiss or, in the alternative, for summary judgment.

>
> Respectfully submitted,
>
> JEFFREY A. TAYLOR, DC Bar #498610
> United States Attorney
>
> RUDOLPH CONTRERAS, DC Bar #434122
> Assistant United States Attorney
>             /s/
> WYNEVA JOHNSON,  D.C. BAR #278515
> Assistant U.S. Attorney
> 555 Fourth St., N.W., Room E-4106
> Washington, D.C. 20530
> (202) 514-7224

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 31st day of July, 2007, that a copy of the foregoing errata to certificate of service was mailed by first-class mail, postage prepaid, to:

Alipio M. Siwa
#6-7th Street, West Tapinac
Olongapo City
Philippines, 601 F

/s/
WYNEVA JOHNSON
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7224