UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JAN 17 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALIPIO M. SIWA,             )
            Plaintiff,      )
                            )
v.                          )   Civil Action No. 07-0960 (RJL)
                            )
U.S. OFFICE OF PERSONNEL    )
MANAGEMENT,                 )
            Defendant.      )
_____)

FOLLOW-UP OF THE PLAINTIFF'S RESPONSE TO THE
"DEFENDANT'S MOTION TO DISMISS, OR, IN
THE ALTERNATIVE, FOR SUMMARY JUDGMENT"

This is a "Follow-Up" of the Plaintiff's response to the "Defendant's Motion To Dismiss, Or, In The Alternative, For Summary Judgment".

It is wrong to upheld the OPM regulation interpreting the exclusion of "temporary" employees from CSRA covered to include employees serving "indefinite" appointments because the "TENURE of a Temporary Appointment" is "for a limited period of time" or "with a time limitation" while the "TENURE of an Indefinite Appointment" is "for unlimited period of time" or "without time limitation", a gross violation of Section 2(e) of the CSRA Amendments of 1956. In "January 1982" (See the uppermost left-hand corner of EXH F-6), and thereafter, the OPM promulgated the Rules that "Tenure 1" (Permanent Appointment), "Tenure 2" (Conditional Appointment),

and "Tenure 3" (Indefinite Appointment) shall belong to "EXC APPT" (Without time limitation) while "Tenure 0" (Temporary Appointment) shall belong to "EXC APPT NTE (date)" (With a time limitation).

WHEREOF, premises considered, the Plaintiff most respectfully prays of to the Honorable Court for any help and relief that are necessary in the premises.

Respectfully submitted. This 4th day of January 2008 at Olongapo City, Philippines.

Very respectfully yours,

ALIPIO M. SIWA
Plaintiff Pro Se

PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States that on January 4, 2008, I have mailed a copy of the foregoing via air mail delivery to --

Mr. WYNEVA JOHNSON
Assistant United States Attorney
U.S. Department of Justice
555 4th St., N.W., Civil Division
Washington, D.C. 20530

ALIPIO M. SIWA
Plaintiff Pro Se