UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 4 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALIPIO M. SIWA,

        Plaintiff,

v.

U.S. OFFICE OF PERSONNEL MANAGEMENT,

        Defendant.

Civil Action No. 07-0960 (RJL)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss or, in the alternative, for summary judgment [Dkt. #5] is GRANTED, and it is further

ORDERED that this action is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

RICHARD J. LEON
United States District Judge

Date: 2/4/08