UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ALIPIO M. SIWA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. OFFICE OF PERSONNEL )<br>MANAGEMENT, )<br>)<br>Defendant. )  | Civil Action No. 07-0960 (RJL) |

### ORDER

On consideration of plaintiff's Motion for Reconsideration, which is construed as a motion for relief from judgment or order pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, the Court identifies no basis for granting the relief plaintiff requests.

Accordingly, it is hereby

ORDERED that plaintiff's motion for relief from judgment or order [Dkt. #11] is DENIED.

_____
RICHARD J. LEON
United States District Judge

Date:

3/7/08

